In the Interest of M.D.J., M.D.J. and M.D.J.  §  From the 69th District Court Of Moore County

07-06-00447-CV  §  June 5, 2007

§  Opinion by Chief Justice Quinn

J U D G M E N T

Pursuant to the opinion of the Court dated June 5, 2007, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

It is further ordered, adjudged and decreed that appellant Michael Jones pay all costs occasioned by this appeal, for which let execution issue.

It is further ordered that this decision be certified below for observance.

oOo